### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 16-cr-26 (TMR)** |
| | : | |
| **ROBERT JONES** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### UNITED STATES' SECOND MOTION TO EXTEND THE
### MOTION FILING DEADLINE

The United States respectfully requests extending the motion filing deadline from Friday, June 3, 2016 until Friday, June 17, 2016. The United States has attempted to obtain the concurrence of counsel for Defendant Robert Jones, *see* S.D. Ohio Civ. R. 7.3(a), but to date counsel has neither objected nor concurred with the proposed motion. The United States respectfully submits that the proposed extension will not prejudice Mr. Jones in light of his pending motion to suppress and the fact that the July 18, 2016 trial date has been vacated.

Respectfully submitted,

BENJAMIN C. GLASSMAN
Acting United States Attorney

/s/Alex R. Sistla
ALEX R. SISTLA (241760 CA)
Assistant United States Attorney
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
Telephone: (937) 225-2910
Fax: (937) 225-2564

Dated: June 1, 2016          alex.sistla@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing was served via ECF on all counsel of record.

<u>/s/Alex R. Sistla</u>
ALEX R. SISTLA (241760 CA)
