UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Criminal No. 16-cr-26 (TMR) |
| | : | |
| ROBERT JONES | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' MOTION TO EXTEND THE RESPONSE DATE**

The United States respectfully requests extending the date by which the United States must respond to Defendant Robert Jones' motion to suppress from Monday, June 13, 2016 to Monday, June 27, 2016. The United States has obtained the oral concurrence of counsel for Defendant Robert Jones, *see* S.D. Ohio Civ. R. 7.3(a), to file the motion, who does not object to the United States' requested relief. The United States also submits that the proposed extension will not prejudice Jones in light of the fact that the July 18, 2016 trial date has been vacated.

Respectfully submitted,

BENJAMIN C. GLASSMAN
Acting United States Attorney

/s/Alex R. Sistla
ALEX R. SISTLA (241760 CA)
Assistant United States Attorney
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
Telephone: (937) 225-2910
Fax: (937) 225-2564

Dated: June 13, 2016          alex.sistla@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via ECF on all counsel of record.

/s/Alex R. Sistla<br>
ALEX R. SISTLA (241760 CA)