UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs-                                                                Case No. 3:16-CR-26

ROBERT JONES,

Defendant.

## ORDER FOR PRESENTENCE STUDY AND REPORT

Pursuant to 18 U.S.C. §3552(c) and for good cause shown, it is hereby ORDERED that the defendant, Robert Jones, be committed to the custody of the Attorney General of the United States for placement in a Federal Facility in order that a complete psychological evaluation may be conducted prior to sentencing. The mental health professional designated to conduct the evaluation shall file a prompt report with this Court, addressing, but not limited to, sentencing matters such as psychological disorders, the defendant's amenability to treatment, and relevant sentencing concerns.

Therefore, it is ORDERED that defendant be transported in the continued custody of the United States Attorney General to a Federal Facility for a complete psychological evaluation as noted above. The transportation, evaluation, and resulting report shall be done with all due speed and in conformance with the general provisions of 18 U.S.C. §4247 (b) and (c).

IT IS SO ORDERED

Date: September 25, 2017

Thomas M. Rose, Judge
United States District Court