UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**United States of America,**

  *Plaintiff,*

**v.**                Case No. 3:16-cr-026
                     Judge Thomas M. Rose

**Robert Steven Jones,**

  *Defendant.*

---

**ENTRY AND ORDER DENYING MOTION TO WITHDRAW GUILTY PLEA. ECF 91.**

---

  Pending before the Court is Defendant's Motion to Withdraw Guilty Plea. ECF 91. Therein, Defendant seeks to withdraw a plea of guilty to a charge of commission of a felony offense involving a minor by a person required to register as a sex offender in violation of 18 U.S.C. § 2260A. Jones began what he admits to have begun a ten-year registration obligation on September 5, 2003. He pleaded guilty to a felony offense involving a minor that occurred on September 4, 2013. He would have the Court find that his ten-year reporting obligation had expired. The Court has no way of finding that a ten-year reporting period would have expired at any time other than the hour and minute on September 5 when it began. Any point before that time on September 5, 2013 would not have constituted ten years. Being as ten years had not expired from the commencement of Jones's registration obligation, the Court need not consider the Government's other arguments for denying the motion.

1

Because ten years had not expired from the commencement of Jones's registration obligation, Defendant's Motion to Withdraw Plea, ECF. 91, is **DENIED**.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, April 11, 2018.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE