UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** : | No. 3:16-cr-26-TMR | |
| : | | |
| **Plaintiff,** : | **SENTENCING** | |
| : | **MEMORANDUM -** | |
| **vs.** : | **CORRECTION** | |
| : | | |
| **ROBERT S. JONES,** : | | |
| : | | |
| **Defendant.** : | | |

-----------------------------------------------

In its sentencing memorandum filed yesterday, the United States indicated:

> The U.S. Probation Office determined that the defendant's Total Offense Level is 43, and that his criminal history category is V, *and there have been no objections to the calculations from either party*.

(R. 97, Sentencing Memorandum at 1167) (Emphasis added.)  Upon further review of the PSR, the United States is now reminded that the defendant, in fact, did raise certain objections to the calculations.  (*See* Addendum to PSR, marked as pages 40-42 of the PSR, specifically Objections to ¶¶ 85, 86, and 193 (Objection to ¶ 179, on the other hand, appears to be the "justness" of the end result of the Sentencing Guidelines calculations, i.e., life, not to the actual Sentencing Guidelines calculations themselves).)  However, as explained in the PSR, none of the objections

1

to the Sentencing Guidelines calculations has merit. Moreover, none ultimately alters the final Total Offense Level, which remains 43, or the ultimate advisory sentence, which remains life regardless of whether the obstruction of justice adjustment is applied, and regardless of which criminal history category is applied.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    <u>s/Vipal J. Patel</u>
    Vipal J. Patel (156212 CA)
    First Assistant United States Attorney
    Amy Smith (0081712 OH)
    Assistant United States Attorney
    200 West Second Street, 6th Floor
    Dayton, OH 45402
    Tel: (937) 225-2910
    Fax: (937) 225-2564
    vipal.patel@usdoj.gov
    amy.smith2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this pleading was filed with this Court on this 26th day of June 2018, a process which automatically provides an electronic copy to all counsel of record.

                                        <u>s/Vipal J. Patel</u>
                                        VIPAL J. PATEL (156212 CA)
                                        First Assistant United States Attorney