**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16CR026 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| ROBERT STEVEN JONES, | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE OF PROPERTY**

WHEREAS, on February 2, 2018, this Court entered a Preliminary Order of Forfeiture (Doc. 90) ordering the forfeiture, pursuant to 18 U.S.C. §§ 2253(a)(1) and (3) and 18 U.S.C. § 2428(a)(1), of the following property (hereinafter "Subject Property"):

a. ZTE cellular telephone, Serial No. 320930103305;
b. All-In-One HP computer, Serial No. 4CS0410CNX;
c. Apple iPhone, IMEI 358372062039301, and silver case;
d. SanDisk Cruzer Glide 32 GB thumb drive;
e. Apple iPhone, IMEI 013888008166962;
f. Apple iPhone, IMEI 359307064821487;
g. X-Box, Serial No. 141738440348;
h. Dell Inspiron laptop, Service Tag No. 1R24C12 and power cord;
i. Alcatel cellphone, Serial No. 014404004657472; and
j. Alcatel cellphone, Serial No. 014217008201893;

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the Subject Property in accordance with law, and further notified all potential claimants of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the Subject Property, beginning on February 6, 2018, continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website (Doc. 107); and

WHEREAS, the United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Subject Property in the ancillary proceeding (Doc. 108); and

WHEREAS, there were no timely petitions filed to the Subject Property, including any claim by Defendant's fiancé, Heather Dulaney; and

WHEREAS, the Defendant was sentenced and a Judgment was issued on July 27, 2018, ordering the forfeiture of the Subject Property (Doc. 102); and

WHEREAS, the Court finds that the Defendant had an interest in the Subject Property; the United States has established the requisite nexus between the property and the offenses; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. §§ 2253(a)(1) and (3) and 18 U.S.C. § 2428(a)(1);

NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on February 2, 2018 (Doc. 90), ordering the forfeiture, pursuant to 18 U.S.C. §§ 2253(a)(1) and (3) and 18 U.S.C. § 2428(a)(1), of the Subject Property is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the Subject Property; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States is hereby authorized to dispose of the Subject Property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: August 15, 2018                         *s/Thomas M. Rose
                                        _____
                                        THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE