```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
 2                         AT DAYTON


 3   _____
                                        )
 4   UNITED STATES OF AMERICA,          )
                                        )
 5                    Plaintiff,        ) CASE NO. 3:16-CR-026-TMR
                                        )
 6                  -vs-                )
                                        )
 7   ROBERT STEVEN JONES,               ) MOTION TO SUPPRESS
                                        )
 8                    Defendant.        )
     _____)
 9

10                  TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE THOMAS M. ROSE,
11          UNITED STATES DISTRICT JUDGE, PRESIDING
                    MONDAY, APRIL 17, 2017
12                       DAYTON, OH


13   APPEARANCES:

14
     For the Plaintiff:       VIPAL J. PATEL, ESQ.
15                            ANDREW HUNT, ESQ.
                              U.S. Attorney's Office
16                            P.O. Box 280
                              200 W. Second Street
17                            Dayton, OH  45402

18
     For the Defendant:       JON PAUL RION, ESQ.
19                            Rion, Rion and Rion
                              130 West Second Street
20                            Suite 2150
                              Dayton, OH  45402
21

22       Proceedings recorded by mechanical stenography,
     transcript produced by computer.
23
                     Mary A. Schweinhagen, RDR, CRR
24               Federal Official Court Reporter
                      200 West Second Street
25                    Dayton, OH  45402
                      *** *** *** ***
```

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

```
1          P-R-O-C-E-E-D-I-N-G-S                    2:18 P.M.

2              THE COURT:  We are here before the Court this

3     afternoon in the matter of the United States of America versus

4     Robert S. Jones.  And this matter was scheduled this afternoon

5     for the purposes of conducting a hearing on the remaining

6     portion -- remaining portions of a motion to suppress that was

7     filed by the defendant, the Court having ruled on a portion of

8     the motion to suppress but leaving, I guess it was -- what

9     branch was that, Mr. Rion?

10             MR. RION:  5.

11             THE COURT:  -- 5 unruled upon, basically the issues

12    regarding statements allegedly made by Mr. Jones at his

13    residence alleging possible violations of Miranda and/or

14    involuntariness of that, of those statements.  So the Court

15    set the matter.

16        There is also some indication with regard -- in the

17    motion to suppress that there could be, based upon further

18    discovery and/or expert analysis, there could be a possibility

19    of further -- of a further motion being filed in the case.

20    However, this matter was set today for the purposes of the

21    limited hearing on the statements at the residence.

22        So -- well, first, would counsel enter their appearance

23    for the record.

24             MR. PATEL:  Good afternoon, Your Honor.  Vipal Patel

25    and Andrew Hunt for the United States.  And with us is the
```

1    case agent, FBI Special Agent Andrea Kinzig.

2          THE COURT:  Thank you.

3          MR. RION:  Jon Paul Rion for Mr. Jones.

4          THE COURT:  Mr. Rion, how would we wish to proceed

5    this afternoon?

6          MR. RION:  Your Honor, the Court had allowed a

7    mirror image of the hard drive to be sent to our expert in

8    Phoenix, Arizona.  That has been accomplished.  Our expert is

9    in the process of reviewing that as we speak.  I think that

10   she received it last week or the week before.  So the defense

11   needs more time to analyze that evidence that was just

12   recently shipped out there.

13        At this time, the defendant would be withdrawing Branch 5

14   of the motion to suppress that dealt with statements.  It's

15   the defense understanding that at the time the arrest warrant

16   was served, a recorded statement was received by Mr. Jones.

17   There was then a brief statement made by Mr. Jones that dealt

18   with a password to a cell phone, and then at the time of his

19   arrest in November, there was a statement that was recorded as

20   well.

21        The government, it's my understanding, is not aware of

22   any other statements, nor do they intend to use any other

23   statements made by the defendant to law enforcement except for

24   those three statements.  With that representation by the

25   government, then our motion would be withdrawn as related to

1     statements of Branch 5.

2         Mr. Jones has been made aware that because the expert is

3     reviewing the hard drive of the computer and the computer

4     contains a lot of information, that the time is necessary for

5     counsel to do a competent job.  So we would be requesting that

6     we would have until June 1st to file any motions based upon

7     the results of either the expert or new developments in case

8     law.  Knowing that the hearing wouldn't be set until June 27th

9     and given the complexity of this matter, counsel could not be

10    prepared to go to trial until mid September.  Mr. Jones has

11    been made aware of those dates, and we are in agreement if the

12    Court were to set dates around those times.

13         THE COURT:  So, Mr. Rion, basically you are asking

14    the Court not only to give you some additional time, or give

15    Mr. Jones some additional time to analyze this further

16    discovery or this expert information that is being compiled at

17    this point in time and possibly filing motions based upon

18    that, as well as continuing the trial date based upon the fact

19    that if the matter does not resolve and based upon the fact

20    that you are spending through June on possible discovery and

21    motions, it's going to take you an additional time then to

22    prepare for a jury trial if that's -- if that needs to happen;

23    is that correct?

24         MR. RION:  It is, Your Honor.

25         THE COURT:  And you have indicated here upon the

1 record that Mr. Jones understands that this oral motion to

2 continue the matter for the purposes of further filing, if

3 necessary, of motions, conduct motion hearings, and, of

4 course, the further preparation for trial, if necessary, would

5 toll any and all speedy trial calculations, the Court would

6 say from today on.  It's been tolled because we've had these

7 motions pending, but since the request now is to allow further

8 time for motions filing and any possible hearing that's

9 necessary and then preparation of trial, that his motion to

10 continue would be a motion to continue or to set a trial date

11 and tolling any and all time from today until the new trial

12 date?

13     MR. RION:  That's correct, Your Honor.

14     THE COURT:  You believe that Mr. Jones understands

15 that fully?

16     MR. RION:  He does, Your Honor.

17     THE COURT:  Mr. Jones, how about that?  Do you?

18     THE DEFENDANT:  Yes, Your Honor.

19     THE COURT:  Obviously, every defendant has a right

20 to be tried within a certain period of time.  The one thing

21 that can stop the running of that clock -- and this clock has

22 been stopped for a while because we've had these motions to

23 suppress pending -- but the other thing that can, in addition

24 to a motion to suppress, the other thing that can stop the

25 clock is motions to continue.  And the Court is taking

1    Mr. Rion's oral motion here upon the record as a motion to

2    continue for the purposes of filing the motion and setting

3    trial because he is indicating to the Court that it is

4    necessary for him to further conduct discovery, analyze that

5    discovery, possibly evaluate expert information, and to

6    possibly file a motion.

7        At that point in time, of course, the Court would have to

8    set a schedule with regard to motions.  And regardless of how

9    those motions turn out, if the Court needs to set a trial

10   date, everyone's going to have to prepare for trial.  So he's

11   laid out a justification for this motion that all these things

12   need to be done, and to not do them or not do them

13   sufficiently would obviously be a miscarriage of justice.

14       So, however, as part of that, you understand that the

15   time, the speedy trial clock for you, is not running from

16   today until the new trial date which I believe we tentatively

17   are looking for somewhere in mid September.  I think

18   specifically September the 18th.  Do you understand that?

19            THE DEFENDANT:  Yes, Your Honor.

20            THE COURT:  Understanding all of those things, do

21   you still wish the Court to grant the continuance?

22            THE DEFENDANT:  Yes.

23            THE COURT:  Any objection from the government,

24   Mr. Patel?

25            MR. PATEL:  No, Your Honor.

1        THE COURT:  Do you want to add or clarify anything

2   that we've said here?

3        MR. PATEL:  No.  No, Your Honor.

4        THE COURT:  Well, the Court would grant the

5   withdrawal of the -- of Branch 5 of the motion.  The Court is

6   going to set the following schedule, and this schedule is set

7   based upon the fact that the Court has, upon the presentation

8   of counsel and the motions that have been filed, determine

9   that this case is indeed a case in which there is detailed,

10  extensive, and complex discovery and information.  There's

11  also an ongoing expert evaluation that needs to be completed,

12  and then possibly additional time to review those conclusions

13  and further documentation.  So obviously we're talking about a

14  very complex matter of many issues, both factually and legal.

15       The Court does find, therefore, that we do need an

16  opportunity for counsel for the defendant to consider this

17  discovery and to determine based upon that the advisability or

18  the desirability of filing further motions; if filed, a motion

19  hearing schedule.  And the Court understands that regardless

20  of how those motions may turn out, there may be the necessity

21  for preparing this complex, extensive, and somewhat detailed

22  case for trial.  So, therefore, the Court does find that the

23  failure to grant this trial schedule, this extended trial

24  schedule would likely result in a miscarriage of justice and

25  would deny Mr. Jones and his counsel reasonable time necessary

1    for effective preparation.

2         So, therefore, the Court does find, within the factual

3    and legal confines of this case, that the ends of justice in

4    granting this extended trial calendar, motion and trial

5    calendar, outweigh the interests of the public and the

6    defendant in a speedy trial.

7         So the following trial calendar will be set:  We're going

8    to have a motion filing deadline for June the 6th.  It's my

9    understanding that it is felt that by that point in time the

10   expert information analysis and any necessary discovery with

11   regard to that would have been completed.  So June the 1st for

12   any motions.

13        If motions are indeed filed, we are setting this matter

14   for a motion hearing date on June the 27th, 2017, at 9:30.  I

15   think we have the day, depending on the number of motions or

16   motion filed for a hearing of that.

17        The Court would also indicate that if motions would

18   happen to not be filed at that point in time, the Court will

19   conduct that hearing anyway, just as a status hearing with

20   regard to the case, and see where we are at.

21        So motion filing deadline June the 1st, 2017.  Motion

22   hearing/status conference date June the 27th, 2017, at 9:30.

23        The Court is going to, based upon the necessity of

24   preparation of this complex case, the Court is going to set

25   the jury trial for September the 18, 2017, at 9 o'clock.  I

1   think we've reserved up to two weeks for that trial if

2   necessary.

3       The Court is going to toll any and all speedy trial

4   calculations from today, April the 17th, through September the

5   18th, 2017.

6       Is there anything further I need to take care of,

7   Mr. Rion?

8           MR. RION:  No, Your Honor.  Thank you.

9           THE COURT:  Mr. Patel?

10          MR. PATEL:  All those dates sound acceptable to the

11  government, Your Honor.

12      I just want to advise the Court, not knowing what this

13  motion might be or look like or feel like, you know, it's hard

14  to predict what kind of response the government would have.

15  And I just want to alert Your Honor that it could potentially

16  be something where we feel we need to brief, we need to maybe

17  retain our own expert or have our own expert provide an

18  affidavit or prepare evidence before a hearing.  So it might

19  possibly be that the government is asking for additional time

20  beyond that June 27th date.  I just want to make sure that the

21  Court is aware of that, that it could be in the realm of

22  possibility where we are asking for some other date other than

23  June 27th.

24          THE COURT:  Many unknowns.

25          MR. PATEL:  Correct, Your Honor.  Other than that --

1          THE COURT:  Welcome to my world, Mr. Patel.

2          MR. PATEL:  Other than that, Your Honor, nothing.

3    No objections.

4          THE COURT:  Well, all we can do at this point in

5    time is try to keep the matter moving.  I understand that

6    there could be some unknowns here to cause us to deviate, but

7    I believe that the most important part of this, based upon

8    Mr. Rion's representation of Mr. Jones's motion to continue,

9    I'm hoping, I'm hoping that at least this trial schedule --

10   the trial date we can maybe work the other dates around -- but

11   at least the trial date will represent a goal.  And hopefully

12   we can, if changes are necessary, we can do those changes

13   within that trial schedule.  And we'll try to do everything we

14   can to maintain that trial schedule.

15         MR. PATEL:  Understood.  And we share the same

16   objective as Your Honor.

17         THE COURT:  Okay.  Anything further to come before

18   the Court then?

19         MR. PATEL:  No, Your Honor.

20         MR. RION:  No.  Thank you, Judge.

21         THE COURT:  All right.  Thank you very much.

22         THE CLERK:  All rise.  The court stands in recess.

23      (Proceedings concluded at 2:33 p.m.)

24

25

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

1          CERTIFICATE OF REPORTER

2

3          I, Mary A. Schweinhagen, Federal Official Realtime

4     Court Reporter, in and for the United States District Court

5     for the Southern District of Ohio, do hereby certify that

6     pursuant to Section 753, Title 28, United States Code that the

7     foregoing is a true and correct transcript of the

8     stenographically reported proceedings held in the

9     above-entitled matter and that the transcript page format is

10    in conformance with the regulations of the Judicial Conference

11    of the United States.

12

13    s/Mary A. Schweinhagen

14    _____ November 5, 2018

15    MARY A. SCHWEINHAGEN, RDR, CRR
      FEDERAL OFFICIAL COURT REPORTER

16

17

18

19

20

21

22

23

24

25